**FILED**

JUN 1 7 2013

Clerk, U.S. District Court
District Of Montana
Great Falls

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE A/S/O LAURIE STERGAR, | CV 13–29–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| WATTS WATER TECHNOLOGIES, INCORPORATED; WATTS REGULATOR COMPANY; and DOE CORPORATIONS 1-50, | |
| Defendants. | |

Defendants, Watts Water Technologies, Incorporated and Watts Regulator Company, move for the pro hac vice admission of H. Brook Laskey to practice before this Court. The motion does not comply with Local Rule 7.1(c)(1), and the application does not comply with Local Rule 83.1(d)(3)(A).

IT IS ORDERED that the motion (doc. 6) is DENIED, subject to being refiled.

DATED this 17th day of June 2013.

Dana L. Christensen, Chief Judge
United States District Court